Page 1

3:23-CV-263 DNH/ML

January    2023

Dear Northen District of New York,

My name is Quintin L. Wilson D.O.B. ████ 1983 (████ 1983) I am writing and submitting my Federal Civil Rights Claims under 42 U.S.C. 1983 to you.

I am choosing to write and submit my complaint to you because not only am I a U.S. Citizen but I am also a resident in Broome County (Binghamton New York) In this complaint you will see that I am filing a complaint against the following men and the reasons why;

① 

Broome County Police Department's Sgt. Daniel Flanders
Broome County Police Department
38 Hawley Street
Binghamton, New York 13902

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 2 8 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Binghamton

I am filing a complaint against Mr. Flanders for assaulting Me at my home on the porch which put me in fear for my life which caused me to think "Flight or Fight" on June 1st 2021 in Binghamton, NY.

② 

(Ex) Judge Dooly (of Broome County, County Court)
(Last Known address)
Broome County & Family Court Building
P.O. Box 1766
Binghamton, NY 13902

I'm putting in a complaint against Mr. Dooly For violating my Right to Due Process, 6st Amendment, 8th Amendment, and 14th Amendment since November 22, 2021.

③ 

Judge Joseph F. Cawley Jr.
Broome County & Family Court Building
P.O. Box 1766
Binghamton, NY 13902

I am putting in a complaint against Mr. Cawley for violating My Right to Due Process, 6st Amendment, 8th Amendment, and 14th Amendment since May, 2022.

Page 2

(4) Broome County District Attorney Alexander Czbeniak

Assistant District Attorney

Office of the Broome County District Attorney

George Harvey Justice Building 4th Floor

Binghamton, NY 13901

I am putting in a complaint against Mr. Czbeniak for violating my Right to Due Process, 6st Amendment, 8th amendment, and 14th Amendment since November 22, 2021.

(5) Attorney Christopher D. Grace

99 Collier Street Suite 400

Binghamton, NY 13901

I am filing a complaint against Mr. Grace for violating My Right to Due Process, 6st amendment, 8th amendment, and 14th Amendment as well.

Starting with the assault in June 2021 by Mr. Flanders, my Civil Rights have been violated repeatedly by Mr. Dooly, Mr. Cawley, Mr. Alexander Czbeniak, and Mr. Grace, these men have been violating my 6th Amendment (Rights of Accused), my 8th Amendment (Bail/Punishment), My Due Process as well as my 14th Amendments, the plaintiff is seeking monetary compensation for the damages.

Respectively,

Quintin L. Wilson

*[signature]*

State of New York     County of Broome County
Subscribed and Sworn to (or Affirmed) before me
This ___19___ day of January, 20 23
by _____

ADAM VALLS, Notary Public
My Commission Expires 03/16/20 24
Notary Number - 01VA6405666